1  Scott S. Thomas, Bar No. 106720
   sst@paynefears.com
2  J. Kelby Van Patten, Bar No. 167553
   kvp@paynefears.com
3  Jeffrey M. Hayes, Bar No. 246511
   jmh@paynefears.com
4  PAYNE & FEARS LLP
   Attorneys at Law
5  Jamboree Center, 4 Park Plaza, Suite 1100
   Irvine, California 92614
6  Telephone: (949) 851-1100
   Facsimile: (949) 851-1212

7  Attorneys for Centex Homes, a Nevada general partnership; Centex Real Estate Corporation, a
8  Nevada corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE, a Minnesota corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, <br><br> Plaintiffs, <br><br> v. <br><br> CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 3:13-cv-05015-RS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS** <br><br> **The Hon. Richard Seeborg** |

**WHEREAS**, St. Paul Fire & Marine Insurance and St. Paul Mercury Insurance Company (collectively, "Plaintiffs") and Centex Homes and Centex Real Estate Corporation (collectively, "Defendants") stipulate to a dismissal of this action without prejudice, in favor of the pending State Court actions entitled, *Darrell Stock, et al. v. Centex Homes, et al.*, Contra Costa County Superior Court Case No. C-13-00428 and *Bal, et al. v. Centex Homes, et al.*, Contra Costa County Superior Court, Case No. MSC11-02865, which were recently consolidated together and which

1  already raise similar claims (together, the "*Stock/Bal* action").

2

3  **WHEREAS**, as a condition to this stipulation to dismiss, Plaintiffs and Defendants agree
4  that they will stipulate to the amendment of their respective pleadings in the *Stock/Bal* action to
5  include the claims raised in Plaintiffs' Complaint in this lawsuit, as well as any counterclaims or
6  cross-claims of Defendants.

7

8  **WHEREAS**, the parties agree to a mutual waiver of fees and costs.

9

10 DATED: December 20, 2013          PAYNE & FEARS LLP

11

12                                   By:     /s/ *Jeffrey M. Hayes*
13                                           JEFFREY M. HAYES

14                                   Attorneys for CENTEX HOMES, a Nevada
                                     general partnership; CENTEX REAL ESTATE
15                                   CORPORATION, a Nevada corporation

16

17 DATED: December 20, 2013          THE AGUILERA LAW GROUP APLC

18

19                                           /s/ *Kari M. Myron*
                                     By:  (with permission granted on December 20, 2013 )
20                                           KARI M. MYRON

21                                   Attorneys for ST. PAUL FIRE & MARINE
                                     INSURANCE, a Minnesota corporation; ST.
22                                   PAUL MERCURY INSURANCE COMPANY, a
23                                   Minnesota corporation

24

25

26

27

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/20/13

_____
Hon. Richard Seeborg
Judge, United States District Court

Stipulation to Dismiss (12.20.13).docx

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

3:13-cv-05015-RS
STIPULATION TO DISMISS