Scott S. Thomas, Bar No. 106720
sst@paynefears.com
J. Kelby Van Patten, Bar No. 167553
kvp@paynefears.com
Jeffrey M. Hayes, Bar No. 246511
jmh@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
Jamboree Center, 4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Centex Homes, a Nevada general partnership; Centex Real Estate Corporation, a Nevada corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE, a Minnesota corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, <br><br> Plaintiffs, <br><br> v. <br><br> CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 3:13-cv-05015-RS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS** <br><br> **The Hon. Richard Seeborg** |

**WHEREAS**, St. Paul Fire & Marine Insurance and St. Paul Mercury Insurance Company

(collectively, "Plaintiffs") and Centex Homes and Centex Real Estate Corporation (collectively,

"Defendants") stipulate to a dismissal of this action without prejudice, in favor of the pending

State Court actions entitled, *Darrell Stock, et al. v. Centex Homes, et al.*, Contra Costa County

Superior Court Case No. C-13-00428 and *Bal, et al. v. Centex Homes, et al.*, Contra Costa County

Superior Court, Case No. MSC11-02865, which were recently consolidated together and which

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

1   already raise similar claims (together, the "*Stock*/*Bal* action").

2

3        **WHEREAS**, as a condition to this stipulation to dismiss, Plaintiffs and Defendants agree

4   that they will stipulate to the amendment of their respective pleadings in the *Stock*/*Bal* action to

5   include the claims raised in Plaintiffs' Complaint in this lawsuit, as well as any counterclaims or

6   cross-claims of Defendants.

7

8        **WHEREAS**, the parties agree to a mutual waiver of fees and costs.

9

10   DATED: December 20, 2013              PAYNE & FEARS LLP

11

12                                        By:    _____/s/ *Jeffrey M. Hayes*_____
                                                        JEFFREY M. HAYES
13

14                                        Attorneys for CENTEX HOMES, a Nevada
                                          general partnership; CENTEX REAL ESTATE
15                                        CORPORATION, a Nevada corporation

16

17   DATED: December 20, 2013              THE AGUILERA LAW GROUP APLC

18

19                                               /s/ *Kari M. Myron*
                                          By:    (with permission granted on December 20, 2013 )
20                                               KARI M. MYRON

21                                        Attorneys for ST. PAUL FIRE & MARINE
                                          INSURANCE, a Minnesota corporation; ST.
22                                        PAUL MERCURY INSURANCE COMPANY, a
                                          Minnesota corporation
23

24

25

26

27

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

1

## ORDER

2

3 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5 Dated:    12/20/13

 Hon. Richard Seeborg
 Judge, United States District Court

6

7

8

9 Stipulation to Dismiss (12.20.13).docx

10

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3:13-cv-05015-RS

STIPULATION TO DISMISS